UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LIDMERY CASASOLA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CONTROL SYSTEMS** )<br>**INTERNATIONAL, INC., et al.,** )<br>)<br>**Defendants.** )<br>_____ ) | Case No. 22-2505-JWB-GEB |

## ORDER

The Court held a Discovery Conference in this matter. Plaintiff appeared through counsel Cristina Olson and Carrie Brous. Defendants appeared through counsel Whitney Fay. After review of the discovery at issue, the parties' position statements, and the Court's prior Order, and following thorough discussion, the Court enters the following orders:

1. Defendant shall produce the documents responsive to RFP No. 33, removing the limitations on the RFP as discussed during the conference, and supplement their response to indicate after a reasonable search there are no additional PowerPoints no later than **close of business 2/23/2024**;

2. Defendants shall produce the work phone(s) Laura Schillings used during the relevant time period, between 2020 and 2022, to Plaintiff's e-discovery vendor for

1

forensic imaging by **noon on 2/23/2024**. The costs of the forensic imaging and any subsequent searching shall be borne by the parties as discussed during the conference. The parties shall confer and provide the Court with an amended, proposed Protective Order to address any Attorneys Eyes Only designation by the **same date and time**.

3. The parties shall have their e-discovery vendors and/or in-house IT personal talk regarding the email produced at FMC 7995-96 no later than **noon on 2/23/2024**. Discovery on discovery regarding this issue will not be permitted at this time.

4. Regarding the clawback or reproduction of the document at FMC 233, the parties shall submit position statements regarding the privilege issue and Defendant shall produce the document for *in camera* review no later than the **close of business on 2/20/2024**. A follow up discovery conference before Judge Birzer is set for **2/23/2024 at 10:00 a.m. via Zoom**.

5. Defendant shall produce the performance reviews sought in RFP Nos. 41 and 50 no later than **noon on 2/23/2024**.

6. And lastly, the following deadlines in this case are extended as follows. Discovery deadline **3/22/2024**. Proposed Pretrial Order due by **3/29/2024**. Pretrial Conference before Magistrate Judge Gwynne Birzer set for **4/5/2024 at 11:00 a.m.**

**via Zoom**. The dispositive motion deadline shall remain as currently set on **4/12/2024**.

    **IT IS SO ORDERED.**

Dated this 16th day of February, 2024 at Wichita, Kansas.

                                                s/ Gwynne E. Birzer
                                                GWYNNE E. BIRZER
                                                U.S. Magistrate Judge